UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL MAQUINDANG,<br><br>　　　　Defendant. | CR No. 19CR00459-CAS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Bank Fraud] |

The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. § 1344(2)]

A.　INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.　Shimmick Construction Co. Inc. ("Shimmick") was a general engineering contractor operating within the Central District of California and elsewhere. Shimmick was part of a joint venture team with FCC Construction S.A. and Impregilo S.p.A. for the design and construction of the Gerald Desmond Bridge Replacement Project in Long Beach, California. The joint venture team was known as "SFI."

2. Comdata was a company that assisted companies with payroll and expense management. Among other services, Comdata issued corporate credit cards to SFI to be used by SFI employees for authorized expenses. Comdata credit cards were issued by Regions Bank.

3. Regions Bank was a financial institution insured by the Federal Deposit Insurance Corporation.

4. Square, Inc. ("Square") was a company that provided services to merchants to process customer credit card payments into Square accounts. Money from a Square account could then be transferred to a bank account that was connected to the Square account.

B. THE SCHEME TO DEFRAUD

5. Beginning on a date unknown to the Grand Jury, and continuing until on or about June 3, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant DANIEL MAQUINDANG, and others known and unknown to the Grand Jury, knowingly and with the intent to defraud, executed and attempted to execute a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Regions Bank, by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

6. The fraudulent scheme was operated and was carried out, in substance, as follows:

    a. Defendant MAQUINDANG would open Square accounts.

    b. Defendant MAQUINDANG, and others known and unknown to the Grand Jury, would obtain credit card account numbers of SFI

corporate credit card accounts issued by Comdata and Regions Bank in the names of SFI employees.

      c.  Using SFI employee credit card account numbers, and the names of SFI employees, defendant MAQUINDANG would make charges into defendant MAQUINDANG's Square accounts. In doing so, defendant MAQUINDANG falsely represented to Comdata and Regions Bank that he was authorized to make such charges with SFI credit card accounts in the names of SFI employees.

      d.  Defendant MAQUINDANG would transfer funds from the Square accounts into defendant MAQUINDANG's bank account.

C.   <u>EXECUTION OF THE FRAUDULENT SCHEME</u>

    7.  On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant MAQUINDANG committed the following acts, each of which constituted an execution and attempted execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | 6/10/15 | Used a Comdata credit card number ending in -1237, belonging to victim R.L., to charge $1,491.66 to Square account 8E078W3RHH31K, in Long Beach, California. |
| TWO | 3/3/16 | Used a Comdata credit card number ending in -1356, belonging to victim D.T., to charge $765.18 to Square account 0DY9TXEPYN2WW, in Long Beach, California. |
| THREE | 4/10/16 | Used a Comdata credit card number ending in -5352, belonging to victim R.L., to charge $650.54 to Square account 0DY9TXEPYN2WW, in Northridge, California. |
| FOUR | 7/9/16 | Used a Comdata credit card number ending in -7207, belonging to victim R.L., to charge $2,482 to Square account 0DY9TXEPYN2WW, in Northridge, California. |

3

| COUNT | DATE | ACT |
|---|---|---|
| FIVE | 3/22/17 | Used a Comdata credit card number ending in -7207, belonging to victim R.L., to charge $1,092.64 to Square account 0DY9TXEPYN2WW, in Long Beach, California. |

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

CLAIRE E. KELLY
Assistant United States Attorney
Violent and Organized Crime Section

4